UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No 13-cv-00520-RBJ

RANDY KUBAT and JOHN L. SNYDER,
on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

FLUSHMATE, a division of Sloan Valve Company,

    Defendant.

---

## ORDER TRANSFERRING ACTION
## TO CENTRAL DISTRICT OF CALIFORNIA

---

    Pursuant to the stipulation of the parties and for good cause shown, this action is transferred to the United States District Court for the Central District of California so that it can then be consolidated with *United Desert Charities, et al. v. Sloan Valve Co., et al.*, Case No. 2:12-cv-06878-SJO-SH (C.D. Cal.), a substantively similar previously-filed putative nationwide class action that has been litigated in the Central District of California since August 2012.

    Defendant Flushmate, a division of Sloan Valve Company, shall have 30 days within which to answer or otherwise respond to the Complaint following effectuation of transfer to the United States District Court for the Central District of California.

    DATED this 3rd day of April, 2013.

    BY THE COURT:

-2-

R. Brooke Jackson
United States District Judge